**DENY and Opinion Filed February 13, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-20-00168-CV**

**IN RE PHYLLIS LEE, Relator**

**Original Proceeding from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-06171**

## MEMORANDUM OPINION

Before Justices Bridges, Osborne, and Pedersen
Opinion by Justice Bridges

Before the Court is relator's petition for writ of mandamus and "motion for Tex. R. Civ. P. 694." Entitlement to mandamus relief requires relators to show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). After reviewing the petition and the mandamus record, we conclude relator has not shown it is entitled to the relief requested.

Accordingly, we **DENY** relator's petition for writ of mandamus. *See* Tex. R. App. P. 52.8(a) (the court must deny the petition if the court determines relator is not entitled to the relief sought).

We also **DENY** relator's motion.

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

200168F.P05